AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF    Massachusetts

| UNITED STATES OF AMERICA<br>V.<br><br>Christopher Lograsso<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:    03-M00113-LPC |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>United States District Court<br>John Joseph Moakley U.S. Courthouse, 1 Courthouse Way<br>Boston, Massachusetts<br><br>Before:    Lawrence P. Cohen, United States Magistrate Judge | Room<br>Courtroom 23<br><br>Date and Time<br>December 18, 2003 at 2:00 p.m. |

To answer a(n)

G  Indictment    G  Information    x  Complaint    G  Violation Notice    G  Probation Violation Petition

Charging you with a violation of Title    18    United States Code, Section(s)    2252(a)(1) and (a)(4)(B)

Brief description of offense:
Causing the Interstate transportation of sexually explicit depictions of minors

_Lawrence P. Cohen_ (signature)                                December 1, 2003
Signature of Issuing Officer                                   Date

Lawrence P. Cohen, United States Magistrate Judge
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

| **RETURN OF SERVICE** |
|---|
| Date |
| Service was made by me |

Check one box below to indicate appropriate method of service

G  Served personally upon the defendant at:

G  Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was

G  Returned unexecuted:

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned _____          _____
         Date                              Name of United States Marshal

                                           _____
                                           (by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.

Case 1:04-cr-10058-MEL    Document 2    Filed 12/01/2003    Page 3 of 3