UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2003 DEC 23  A 11: 38

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | NO. 03-M-00113-LPC |
| ) | |
| CHRISTOPHER LOGRASSO ) | |

### DEFENDANT CHRISTOPHER LOGRASSO'S MOTION FOR MODIFICATION OF CONDITIONS OF RELEASE

Now comes the defendant and requests a modification of the Order Setting Conditions of Release. The conditions of release, require the defendant, among other conditions, to have no unsupervised contact with minor children. The defendant requests that this provision be modified to allow him to have unsupervised contact with the minor children of his fiancé, Lisa Manghetti, who will be residing with the defendant as of January 1, 2004. Ms. Manghetti's children, John (11 months of age) and Ariana (5 years of age) will be residing with her and the defendant.

The defendant has and continues to abide by all conditions of his release. The defendant agrees to abide by all other conditions of release, which this Court determines to be appropriate under the circumstances. The defendant has discussed this request for modification with Pretrial Services Officer, Basil Cronin. Mr.

Cronin has no objection to this modification.

Wherefore, the defendant respectfully requests this Honorable Court to grant him this modification of his conditions of release.

                                        Respectfully submitted,

                                        CHRISTOPHER LOGRASSO

                                        By his attorney

                                        /s/ Steven J. Rappaport
                                        Steven J. Rappaport
                                        Rappaport & Delaney
                                        228 Central Street
                                        Lowell, MA 01852
                                        (978) 454-8103
                                        B.B.O.#412300

DATED: December 22, 2003

CERTIFICATE OF SERVICE

I, Steven J. Rappaport, hereby state under the pains and penalties of perjury that I caused Defendant Christopher Lograsso's Motion for Modification of Conditions of Release to be served on Timothy Q. Feeley, Assistant U.S. Attorney, U.S. Courthouse, Suite 9200, One Courthouse Way, Boston, MA 02210 via first class mail, postage prepaid to all counsel.

                                                Steven J. Rappaport

dated:     December 22, 2003