AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF __MA__

*filed in open court 12-18-03*

## APPEARANCE

Case Number: 03-113-LPC

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for _Christopher Loguercio_

I certify that I am admitted to practice in this court.

___12/18/03___
Date

Signature: _/s/ Rappaport_

Print Name: __Steven J. Rappaport__   Bar Number: __412300__

Address: __228 Central Street__

City: __Lowell__   State: __MA__   Zip Code: __01852__

Phone Number: __978-424-8103__   Fax Number: __937-9422__