UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. |
| ) | VIOLATION: |
| V.                     ) | 18 U.S.C. §2252(a)(2) |
| ) | Distribution of Child Pornography |
| CHRISTOPHER LOGRASSO    ) | 18 U.S.C. §2252(a)(4)(B) |
| ) | Possession of Child Pornography |
| ) | 18 U.S.C. 2253(a) |
| ) | Criminal Forfeiture |

# 04 CR 10058 MEL

## INFORMATION

COUNT ONE:    18 U.S.C. §2252(a)(2) -- Distribution of Child
Pornography

The United States Attorney charges that:

On or about October 11, 2002, at Wakefield, in the District
of Massachusetts,

CHRISTOPHER LOGRASSO,

defendant herein, did knowingly distribute computer image files

that contained visual depictions that had been shipped and

transported in interstate commerce, the producing of such visual

depictions having involved the use of a minor engaging in

sexually explicit conduct, and the visual depictions being of

such conduct.

All in violation of Title 18, United States Code, Section

2252(a)(2).

COUNT TWO:    18 U.S.C. §2252(a)(4)(B) -- Possession of Child
              Pornography

     The United States Attorney charges that:

     On or about January 23, 2003, at Wakefield, in the District

of Massachusetts,

                        CHRISTOPHER LOGRASSO,

defendant herein, did knowingly possess a computer hard drive

that contained visual depictions that had been shipped and

transported in interstate and foreign commerce, the producing of

such visual depictions having involved the use of a minor

engaging in sexually explicit conduct, and the visual depictions

being of such conduct.

     All in violation of Title 18, United States Code, Section

2252(a)(4)(B).

FORFEITURE ALLEGATIONS

18 U.S.C. § 2253(a) -- Criminal Forfeiture

The United States Attorney further alleges that:

1.    The allegations of Counts One and Two of this
Information are hereby repeated and incorporated herein by
reference for the purpose of alleging forfeiture to the United
States under Title 18, United States Code, Section 2253(a).

2.    Upon conviction on Counts One and Two hereof, the
defendant CHRISTOPHER LOGRASSO shall forfeit to the United States
any and all matter which contains visual depictions produced,
transported, shipped or received in violation of Title 18, United
States Code, Sections 2252 and/or 2252A; any property
constituting or derived from any proceeds the defendant obtained
directly or indirectly as a result of the said violations; and
any and all property used or intended to be used in any manner or
part to commit and to promote the commission of the
aforementioned violations, including the computer system and
related items that were seized by or turned over to law
enforcement officials at his residence on January 23, 2003.

All pursuant to Title 18, United States Code, Section
2253(a).

                              MICHAEL J. SULLIVAN
                              United States Attorney

                    By:

                              TIMOTHY Q. FEELEY
                              Assistant U.S. Attorney
                              (617) 748-3172

February 24, 2004