UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 04-10058-MEL |
| v.              ) | |
| ) | |
| CHRISTOPHER LOGRASSO   ) | |

### WAIVER OF INDICTMENT

Defendant Christopher Lograsso, after having been advised of the nature of the felony charge in this proceeding, and of his rights, hereby waives in open court prosecution by indictment and consents that this proceeding may be by information instead of by indictment.

*/s/ Christopher Lograsso*
CHRISTOPHER LOGRASSO

*/s/ Steven J. Rappaport*
Steven J. Rappaport, Esq.
Attorney for Defendant

Date: March 29, 2004