UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.            ) | CRIMINAL NO.  04-10058-MEL |
| ) | |
| CHRISTOPHER LOGRASSO      ) | |

GOVERNMENT'S STATEMENT OF RELEVANT FACTS

The FBI currently is conducting a national online undercover operation, entitled Innocent Images, targeting individuals who use computers and online telecommunications facilities to transmit and receive child pornography and/or to lure children into illicit sexual relationships.  One means by which individuals will collect and trade child pornography through the use of computers (besides e-mail) is through a Fileserver, commonly referred to as a "F-serve."  F-serve is a program that allows a user of the program to trade image files with other persons using personal computers.  In essence, the F-serve allows an individual to query the database of the holder of the F-serve through the Internet and trade pictures based on a system of credits.  An individual querying a database is allowed to download a predesignated number of images (measured in computer bytes) based on the number of images (measured in computer bytes) that an individual uploads into the database as a trade.  For example, one picture may contain 200,000 bytes of data.  When an individual uploads a picture into an F-serve, the computer will credit that person with 200,000 bytes.  The holder of the F-serve

may set a ratio for exchange of bytes of data at any level.  In our example, if the person holding the F-serve sets a 3:1 ratio, the person uploading the picture receives 600,000 bytes of data as credit for the 200,000 bytes of data uploaded.  This credit may then be expended by downloading 600,000 bytes of data from the holder of the F-serve into another computer.

On October 11, 2002, FBI Detroit Division SA Matthew Zentz, acting in an undercover capacity, logged onto the Internet (IRC system) from the FBI's office in Detroit, in search of individuals distributing child pornography via the Internet, utilizing predicated chatrooms.  SA Zentz utilized the Internet in search of individuals allowing access to their computer system for the purpose of file sharing through the use of F-serves. Using an undercover identity, SA Zentz entered a predicated chatroom entitled #0!!!!!!!!!!!!!preteen101, in which a number of F-serves were being advertised.  SA Zentz entered the F-serve operated by an individual using the IRC nickname "acerdave1212" with an assigned IP address of 209.6.193.5.  The trigger command used to enter this F-serve was !sexy.  Once logged on to the F-serve, SA Zentz was able to view a directory listing of images acerdave1212 was making available for download.  SA Zentz logged on at 0950 EDT, and logged off at 1042 EDT.

During the above time period, SA Zentz downloaded seventeen (17) image files from the F-serve hosted by "acerdave1212."

2

Fifteen (15) of those files contained visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. §2256. Five (5) of the fifteen image files contain what appear to be a sequence of images of the same pre-pubescent female engaging in sexually explicit conduct with the same adult female. In one image, the child is laying back with her legs spread, and the adult female is placing her tongue in/along the child's genitalia. In another the child is sitting down with her legs open, with another person's fingers in/along her genitalia. In another, the child is on her knees facing the adult female, who is placing her tongue in/along the child's genitalia. In another, the child is on her knees and has her hand on the penis of what appears to be an adult male, with the penis in/along the adult female's genitalia. In the last of these five images, the child is standing over the adult female, who is laying down and has her hand in/along the child's genitalia.

Ten of the fifteen images depict what appear to be minor females in sexually explicit poses. Eight of the ten appear to be of the same female. The file names for these eight images include the phrase "11_yr_old_posing." The remaining two of the ten images appear to be of different pre-pubescent females. One of them has the file name "11-yr-emily2."

The registered owner of the IP address 209.6.193.5 was RCN Corporation ("RCN"), an ISP located at 105 Carnegie Center,

Princeton, New Jersey. On October 11, 2002, SA Zentz served an administrative subpoena on RCN in order to obtain subscriber information for the account holder utilizing the IP address 209.6.193.5, on October 11, 2002, during the time period 1000 EDT through 1045 EDT. On October 18, 2002, RCN provided subscriber information for the IP address 209.6.193.5, during the time period 1000 EDT through 1045 EDT, on October 11, 2002. This IP address was assigned to a cable modem account, with a unique media access control ("MAC") address of 00:00:39:5c:60:4e. According to RCN's records, this account was subscribed to by Daniel Muse ("Muse"), at 28 Richardson Street, #2, Wakefield, Massachusetts.

Based, in part, on the above information, a search warrant was obtained on January 21, 2003 from the United States District Court for the District of Massachusetts authorizing the search of the residence of Muse at Apartment 2 at 28 Richardson Street, Wakefield, Massachusetts (Criminal No. 03-M-0018-LPC-01). The warrant authorized the search for and seizure of, among other items, any computer systems, related storage media, and depictions of child pornography. On January 23, 2003, law enforcement officers executed the search warrant at Muse's residence. The search began at 6:15 am, and both Muse and his wife were present and consented to be interviewed. From those interviews, it was learned that Muse had lived in his current

apartment with his wife and three children for about three years. He had a Compaq desktop computer that had a cable Internet connection provided by RCN. RCN had installed the Internet connection about five or six months ago with the assistance of Muse's downstairs neighbor, the defendant Christopher Lograsso, who is also the son of the owner of 28 Richardson Street. Lograsso regularly serviced Muse's computer, installed software, and shared Muse's RCN cable Internet connection through a connection to his own computer system in his downstairs apartment. A network cable plugged into the back of Muse's computer ran through a hole in the floor to the common entrance way on the first floor, and from there through a hole to the basement area. Muse denied ever entering child-oriented chatrooms, intentionally downloading child pornography, or knowing of or using the screenname "acerdave1212."

During the search, agents accompanied Muse's wife to the area of the basement where she regularly used the laundry equipment. They observed more than a dozen computer monitors, computer cases, and other computer parts. Lograsso was in the basement area at this time and consented to be interviewed by law enforcement officials. Lograsso advised that he had connected the cable signal for Muse's Internet service to a computer network and connected several of his computers to the network. He stated that he uses the username "acerdave1212" and set up the

F-serve approximately four months ago. He further stated that Muse did not have access to the F-serve.

Based, in part, on the information above, agents secured the basement area of 28 Richardson Street and Lograsso's apartment in that building, and thereafter a second search warrant was obtained on January 23, 2003, from the United States District Court for the District of Massachusetts (Criminal No. 03-M-0018-LPC-02) authorizing the search of Lograsso's apartment and the basement area of 28 Richardson Street, Wakefield, Massachusetts. The warrant authorized the search for and seizure of, among other items, any computer systems, related storage media, and depictions of child pornography.

On January 23, 2003, law enforcement officers executed the second search warrant at 28 Richardson Street, Wakefield, Massachusetts. A number of computers and computer equipment were seized from Lograsso's apartment and the basement area of 28 Richardson Street.

In July 2003, an FBI CART Forensic Examiner conducted a digital forensic examination of the computer equipment removed from Lograsso's apartment and basement area. In particular, files were copied from two different hard drives to two separate compact disks for further review. One of the compact disks contained images from a Maxtor 80 GB hard drive taken from Lograsso's apartment. The disk was later (in September 2003)

reviewed by personnel at the FBI's Innocent Images Project in Baltimore, MD. The purpose of the review was to determine whether any of the images contained thereon, which depicted what appeared to be minors engaging in sexually explicit conduct, matched to any known child victims in the Child Victim Identification Program and the Child Exploitation and Obscenity Reference File. Over 600 images were recognized as involving known child victims or having come from books/magazines. For instance, 26 images were recognized as part of the "Cindy series." The child victim was photographed by her father over a three to four year time period starting in 1995 or 1996. Among the file names were "(5-8y)dadrape01," "2188_! Cindy suck dady." Sixty-six images were recognized as part of the "Sabban series." The images were produced in Brazil over a four to five year period starting in 1995. The adult in some of the images is the wife of the producer. Among the file names were "722_illegal_preteens," "745 _little_girlie_2_teen_boys," and 749_childfuck11."

          Respectfully submitted,

          MICHAEL J. SULLIVAN
          United States Attorney

By:          
          TIMOTHY Q. FEELEY
          Assistant U.S. Attorney
          (617) 748-3172

March 29, 2004