UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v.         ) | DKT. 04-10058-01 |
| ) | |
| Christopher LoGrasso ) | |

ORDER FOR PRODUCTION OF RECORDS

After due consideration of M.G.L.ch.210,§§ 5C/D and M.G.L.ch.119,§§ 51E and 51F and M.G.L.ch.66A and M.G.L.ch.112,§§ 135A and 135B and M.G.L.ch.233,§ 20B, it is hereby ORDERED that the Department of Social Services deliver the original documents of such of the following records (including records prepared by third parties such as evaluations, reports, etc.) As are in its possession:

**RE: LOGRASSO, Christopher    D.O.B.    7/6/79**

in complete and unredacted form, without necessity of notice to parties mentioned in said records under M.G.L.ch.66A,sec.2(k), and the Department of Social Services shall deliver said records to the below-signed Judge, or to such other court personnel as are indicated below:

___Stephanie K. Henshaw, U.S. Probation Officer_____

_____
_____

The above-described record copies shall be impounded by this Court and no further dissemination of said record copies shall be permitted except upon further order of this court.

Date: 4/13/04                    /s/ Morris E. Lasker

Morris E. Lasker
SENIOR U.S. DISTRICT COURT JUDGE