

**MGH Chelsea HealthCare Center**

151 Everett Avenue
Chelsea, MA
02150

617-884-8300

1 June, 2004

Steven J. Rappaport, Esq.
228 Central Street
Lowell, MA 01852

Re: Christopher Lograsso
DOB: 7/6/79

Dear Attorney Rappaport,

I am writing to you regarding your client, Mr. Christopher Lograsso. I hope this information is helpful to you and to the court in upcoming sentencing proceedings.

Mr. Lograsso was first seen on 1/30/03 by Angela Carini, SW Intern on Mental Health Intake at this clinic when he referred himself for evaluation and treatment. At that time his stated reason for referral was, "to make sure I'm not crazy." One week prior he had been served with a federal court search warrant that resulted in a criminal complaint alleging his possession and distribution of child pornography.

Mr. Lograsso is a 23 year old White obese man. He is cooperative and articulate and seems bright in contrast to his poor functioning. At the time of Intake, Mr. Lograsso was living in a home owned by his father, and was unemployed. His main income was from the rent paid by a roommate. While he denied a personal interest in child pornography, he readily admitted to having a relatively small cache of this material among an enormous inventory of adult pornography. He stated that providing adult pornography to others via his considerable computer skill was the source of gratification amid what he described as a depressive and lonely life style.

Mr. Lograsso was adopted as an infant. By his report, his mother very much wanted him, and his father, "went along." His adoptive mother died of cancer when he was four years old. His father brought him to therapy at age five which began an intermittent history of psychotherapy of which he has few fond memories. He lived with a maternal aunt and her husband for a time after his mother's death, and became quite close with this uncle. When Mr. Lograsso was age nine, his uncle committed suicide. He again resumed living with his father who remarried to a woman who also had a son. Additionally he was diagnosed with Attention Deficit Disorder and learning difficulties. He was prescribed antidepressants, and Ritalin for the ADD, neither of which helped by his report. Because of his poor school performance and behavior problems he dropped out of Vocational Technical School in the 11th grade. His mechanical ability lead him to an interest in computers with which he developed significant self taught skills. He was

# Georgia Green, L.I.C.S.W.                                         Page 1
### 186 Stratford Street
### West Roxbury, MA 02132-2141
### (617) 327-5663

---

**OBJECTIVE:**   To utilize my professional experience toward further opportunities in teaching and research in the areas of violence prevention and trauma.

## SUMMARY OF QUALIFICATIONS:

- Strong clinical background with challenging client populations including incarcerated sex offenders, trauma survivors, and clients with gender identity disorders
- Highly effective in a fast paced, team-oriented environment
- Excellent therapeutic and communication skills with the ability to develop positive rapport with diagnostically diverse clientele
- Skilled in crisis intervention and advocacy
- Extensive experience in the health care environment, thorough knowledge of a variety of medical and psychological conditions and the needs of those afflicted

**EXPERIENCE:**
1997 - Present

P.A.C.T. (Police Action and Counseling Team)
**Senior Clinician**
Provide on-scene crisis intervention at, or in response to, Police 911 calls to child victims and witnesses of violence
Accompany police officers responding to 911 calls and provide follow-up intervention
Work cooperatively with youth programs, courts, schools, and city and state agencies to identify children at risk for violence
Coordinate services for children and their families
Provide beeper coverage to Chelsea, MA Police Department

1989 - Present

Massachusetts General Hospital, Chelsea Healthcare Center
**Senior Staff Clinician**
Provide evaluation and treatment services to children and adults
Provide play therapy, individual and couples treatment, family therapy, and group therapy
Provide emergency psychiatric assessments
Lead a one semester seminar for graduate level student interns on issues of violence
Supervise social work interns

1986 - Present

Private Psychotherapy Practice, Newton Highlands, MA
**Private Practice Clinician**
Maintain a general practice in psychotherapy for adult individuals and couples
Specialties in the areas of trauma and Gender Identity Disorder
Present lectures and consultation in specialty areas

1987 - 1989

Forensic Care Unit for Women
**Program Director**
Planned, developed and implemented an inpatient evaluation and brief treatment program for mentally ill women involved with the criminal justice system
Administered state funding; coordinated interagency liaison among courts, mental health facilities, and correctional facilities
Trained and supervised multidisciplinary staff
Provided direct service

**Georgia Green, L.I.C.S.W.**  Page 2
186 Stratford Street
West Roxbury, MA 02132-214
(617) 327-5663

| | |
|---|---|
| 1987 - 1987 | The Cambridge Hospital - Inpatient Psychiatry Unit<br>**Chief Social Worker**<br>Participated as a member of the management team<br>Coordinated summer social work seminar for graduate level social work interns<br>Provided inservice training<br>Conducted family assessment, psychotherapy, casework, and discharge planning |
| 1982 - 1987 | MCI-Bridgewater, Treatment Center for Sexually Dangerous Men<br>**Staff Social Worker**<br>Conducted diagnostic evaluations and provided individual and group psychotherapy to incarcerated sex offenders<br>Provided clinical supervision<br>Earned appointment as an alternate member of the Restrictive Integration Review Board |

**OTHER EXPERIENCE:**

| | |
|---|---|
| 1978 - 1980 | THE FAULKNER HOSPITAL, Jamaica Plain, MA<br>Inpatient Psychiatry<br>**Senior Staff Occupational Therapist**<br>Administered Group O.T. programming<br>Conducted individual psychosocial assessments and lead therapeutic groups<br>Supervised staff and O.T. students<br>Presented inservice training to multidisciplinary staff |
| 1975 - 1978 | MASSACHUSETTS MENTAL HEALTH CENTER, Boston, MA<br>Inpatient Psychiatry<br>**Staff Occupational Therapist**<br>Provided assessment, and individual and group O.T. treatment to acute and chronic patients<br>Supervised staff and O.T. students<br>Presented inservice training to multidisciplinary staff and trainees |
| 1973 - 1975 | MASSACHUSETTS HOSPITAL SCHOOL, Canton, MA<br>Children's Residential Facility<br>**Staff Occupational Therapist**<br>Provided evaluation and treatment to physically and perceptually handicapped children<br>Utilized neuromuscular facilitation techniques, sensory integration, and the application of physical habilitation, ADL programs, and post-surgical splinting |

# Georgia Green, L.I.C.S.W.
186 Stratford Street
West Roxbury, MA 02132-214
(617) 327-5663

Page 3

| | |
|---|---|
| **EDUCATION:** 1982 | SMITH COLLEGE SCHOOL FOR SOCIAL WORK<br>M.S.W.<br>Thesis: "A study of tactile and pain perception in individuals who demonstrate wrist-cutting behavior" |
| 1972 | UNIVERSITY OF NEW HAMPSHIRE<br>B.S. - Occupational Therapy |
| **Honors:** | Elected president, Student Organization, Smith College School for Social Work<br>Served on a two year seat, Board of Councilors, Smith College |

## PRESENTATIONS AND LECTURES:

- 1999 — Brookline Cablevision, Guest Panelist on, "The Safety Net," topic of interventions with children who witness violence
- 1998 — MGH, Social Service Dept., Guest Presenter, "Working With Violent Clients"
- 1998 — Harvard University, Guest Lecturer, Principles of Forensic Science course, "P.A.C.T.: Early intervention for traumatized children, toward violence prevention"
- 1997 — MGH, Social Service Dept., Guest Presenter, "Working With Violent Clients"
- 1996 — Harvard University, Guest Lecturer, Principles of Forensic Science course, "Psychology and the Criminal Mind"
- 1996 — The Faulkner Hospital, Inpatient Psychiatry, Grand Rounds, Live Case Interview and Consultation
- 1996 — MGH, Social Service Dept., Guest Presenter, "Working With Violent Clients"
- 1995 — Harvard University, Guest Lecturer, Principles of Forensic Science course, "Psychology and the Criminal Mind"
- 1995 — Bunker Hill Community College, Guest Presenter to Administration and Staff on topic of Gender Identity Disorder
- 1995 — The Faulkner Hospital, inpatient Psychiatry, Grand Rounds, Guest Speaker on topic of Gender identity Disorder
- 1994 — McLean Hospital, Presented at Grand Rounds on Gender Identity Disorder
- 1994 — McLean Hospital, Provided Case Consultation to Inpatient Unit
- 1994 — Echo Bridge Productions, Associate Producer of teaching film, "More Than Words" on topic of Domestic Violence
- 1993 — Echo Bridge Productions, Consultant
- 1979 — Tufts University, Boston School of Occupational Therapy
Presented one day workshop entitled, "The Application of Sensory Integration Therapy to Adult Clients with Physical and Psychiatric Disabilities."

## PROFESSIONAL MEMBERSHIPS:

National Association of Social Workers

## REFERENCES: FURNISHED UPON REQUEST

successful in running a computer business for a while, and even invented a device that earned him some short-term notoriety. Subsequently, Mr. Lograsso's social and occupational functioning has continued to languish to the point of his poor functioning at the time of referral.

Mr. Lograsso has demonstrated little motivation for self-care, including medical care in the past few years which has been compounded by his lack of health insurance. In addition to his obesity, he has been diagnosed with sleep apnea and enlarged adnoids and tonsils, all of which contribute to his chronic sleep disorder, lethargy, and increased depressive symptomatology.

I recommended that Mr. Lograsso participate in a psychopharmacology evaluation, and to have a physical examination. He has seen Bayoan Martinez-Cruz, M.D. on three occasions and has met once with a nutritionist. On April 23, 2004 he met with Gail Leslie, RN, CNS for a psychopharmacology evaluation. He was begun on Prozac, 20 mg Mr. Lograsso has seen me for 29 sessions since April, 2003 to the present. Mr. Lograsso is an active participant in his therapy and appears motivated to understanding both the meaning to him of his use of pornography, as well as the relevance of his past history to the present. He has responded well to Prozac and reports increased energy and motivation. His appearance has also improved, as he appears to pay more attention to grooming and to his personal appearance.

It is my opinion that Mr. Lograsso has not dealt with the profound losses in his life and that he has suffered from depression for some time. This and his learning difficulties have left him with limited opportunities for achievement, and have contributed at least in part to his current legal situation. It is my hope that he will remain in treatment to deal with the emotional, medical, and occupational issues in his life, and to become the productive adult that he has the capacity to be. I remain available to him for ongoing clinical work if he chooses to do so.

If I can be of further assistance in this matter please call me at 617/889-8543.

Sincerely,

Georgia Green, LICSW

To: Boston From: Boston
Re: SOURCE'S FILE NUMBER, mm/dd/yyyy

1. You must provide truthful information to the FBI at all times;

2. Your assistance and the statements you make to the FBI are entirely voluntary;

3. The United States Government will strive to protect your identity, but cannot guarantee your identity will not be divulged. For example, there have been occasions in the past where the FBI has been ordered by a federal judge to reveal the identity of an FBI source of information. For your own protection, you are also advised not to divulge your relationship with the FBI to anyone, including family members and close friends;

4. (If applicable) The FBI on its own cannot promise or agree to any consideration by a Federal Prosecutor's Office or a Court in exchange for your cooperation, since the decision to confer any such benefit lies within the exclusive discretion of the Federal Prosecutor's Office and the Court. However, the FBI will consider (but not necessarily act upon) a request by you to advise the appropriate Federal Prosecutor's Office or Court of the nature and extent of your assistance to the FBI;

5. You have no immunity or protection from investigation, arrest or prosecution for anything you say or do, and the FBI cannot promise or agree to such immunity or protection, unless and until you have been granted such immunity or protection in writing by a FPO or his or her designee;

6. (If applicable) You have not been authorized to engage in any criminal activity and could be prosecuted for any unauthorized criminal activity in which you have engaged or engage in the future. If you do engage in unauthorized criminal activity or witness a crime you may be compelled to testify;
(Note: If this CI/CW is currently authorized to engage in criminal activity, the source should be re-advised of the conditions, limitation and admonishments by which he source was previously made aware of pursuant to BS CID Form 10 - the Authorization for Criminal Activity SC.)

7. You must abide by the instructions of the FBI and must not take or seek to take any independent actions on behalf of the United States Government;

8. You are not an employee of the United States Government and may not represent yourself as such;

9. You may not enter into any contract or incur any obligation on behalf of the United States Government, except as specifically instructed and approved by the FBI;

10. The FBI cannot guarantee any rewards, payments or other compensation to you;

Page 2 of 3    BS CID Form 2 (Revised 05/30/02)

To: Boston  From: Boston
Re: SOURCE'S FILE NUMBER, mm/dd/yyyy

11. In the event you receive any rewards, payments or other compensation from the FBI, you are liable for any taxes that may be owed; and

12. (if applicable) No promises or commitments can be made to you, except by the Immigration and Naturalization Service, regarding alien status of any person or the right of any person to enter or remain in the United States.

These admonishments were witnessed by two FBI agents or an FBI agent and another "approved" law enforcement officer. (Approved law enforcement officer means a task force officer or law enforcement officer to whom disclosure authority has previously been authorized.) Both the FBI agents and/or the witnessing law enforcement officer whose signature appears below certify that the CI/CW acknowledged he/she understood and would comply with these admonishments.

_____  2/25/04
(FBI SA must sign here)   Date

David George
Print Name

Kenneth Heitkamp   2/21/04
Witnessing Law Enforcement   Date
Officer

Kenneth Heitkamp
Print Name

_____  _____
Supervisory Special Agent   Date

_____
Print Name

♦♦

Page 3 of 3            BS CIR Form 2 (Revised 05/30/92)

To: Boston  From: Boston
Re: ??, mm/dd/yyyy

SECTION V (ADMONISHMENTS TO CI/CW)

This CI/CW was advised, in person, of the following admonishments and the CI/CW stated he/she fully understood these admonishments:

1. You (CI/CW) are authorized only to engage in the specific conduct set forth in the written authorization described above and not in any other illegal activity;

2. Your (CI/CW) authorization is limited to the time period specified in the written authorization;

3. Under no circumstance may you:

    a. Participate in an act of violence;

    b. Participate in an act that constitutes obstruction of justice (e.g., perjury, witness tampering, alteration, or destruction of evidence);

    c. Participate in an act designed to obtain information for the FBI that would be unlawful if conducted by a law enforcement agent (e.g., breaking and entering, illegal wiretapping, illegal opening or tampering with the mail, or trespass amounting to an illegal search); or

    d. Initiate or instigate a plan or strategy to commit a federal, state, or local offense.

4. If you are asked by any person to participate in any such prohibited conduct or if you learn of plans to engage in such conduct, you must immediately report the matter to your contact agent.

5. Participation in any prohibited conduct could subject you to full criminal prosecution.

To: Boston From: Boston
Re: ??; mm/dd/yyyy

      I was advised of the admonishments listed above, as set forth in Section V of this authorization, by the law enforcement officials whose names appear below. By signing this form, I acknowledge I fully understand and shall abide by these conditions.

CI/CW Signature (Code Name) _[signature]_　　(Date) 2/25/04
CI/CW Code Name Typed:

Special Agent Signature _[signature]_　　(Date) 2/25/04
Special Agent's Name Typed:

Witnessing Law Enforcement
Official Signature _[signature]_ (Date) 02/25/04
Official's Name Typed:

SSA Approval: _____　　_____
SSA's Name Typed:

♦♦

Commonwealth of Massachusetts Sex Offender Registry Board
Registration and Community Services Unit
Post Office Box 4547, Salem, MA 01970-0902

## REGISTRATION/CHANGE OF ADDRESS/ANNUAL REGISTRATION

Please type or print legibly. Information requested in the shaded areas of this form is provided voluntarily and to assist the registry properly identify individuals subject to the provisions of MGL, c. 6, §§ 178C-P. Registration is **not** valid unless signed and dated. Use reverse if additional space is required. Returned by mail to the Sex Offender Registry Board, Post Office Box 4547, Salem, MA 01970.

| Last Name | First Name | Middle Name |
|---|---|---|
| ~~Christopher~~ LoGrasso | Christopher | S |

| Sex | Race | Hair Color | Eye Color | Height | Weight | Date of Birth | Place of Birth |
|---|---|---|---|---|---|---|---|
| | | | | | | 7/6/1979 | |

| Social Security Number | Scars, Marks, and Tattoos | Mother's Maiden Name |
|---|---|---|
| | | |

### Current Address Where You Live

| Street Number | Street Name | Apartment or Bldg # |
|---|---|---|
| 28 | Richardson Street | |
| City/Town | County | State | ZIP Code | Telephone Number |
| Wakefield | Middlesex | MA | 01880 | |

### Other Addresses Where You Live (one or more times per month)

| Street Number | Street Name | Apartment or Bldg # |
|---|---|---|
| | | |
| City/Town | County | State | ZIP Code | Telephone Number |
| | | | | |

### Place of Employment or Work Address

| Street Number | Street Name | Bldg# or Section |
|---|---|---|
| 28 | Richardson Street | |
| City/Town | County | State | ZIP Code | Telephone Number |
| Wakefield | Middlesex | MA | 01880 | |
| Occupation | | Name of Company or Firm | | |

### School, Vocational Training Program, or other Professional Training Program currently attending or enrolled in:

Full Name of School or Program

| Street Number | Street Name | Do you live on campus ☐ YES ☐ NO |
|---|---|---|
| | | |
| City/Town | County | State | ZIP Code | Telephone Number |

You are advised that you must notify the Sex Offender Registry Board You are advised that you must notify the Sex Offender Registry Board in writing not less than 10 days prior to making any change in residence, employment, or attendance at any educational institution. You are further advised that you are required to immediately contact and advise of your presence, the appropriate authorities in any other state in which you locate yourself for the purpose of residence, employment, education, or vocational training. Failing to do so may subject you to criminal prosecution.

I certify that I am the above-named person and that the information provided herein is true and accurate.
Signed this _9th_ day of _April_, 200_4_ under the pains and penalties of perjury.

_(signature)_
(REGISTRANT'S SIGNATURE)

SOR Form 1-R (12/2003)
All Previous Editions Obsolete

Mr. & Mrs. Salvatore LoGrasso

20 Smith Pond Rd.

Raymond, NH 03077

Re: Christopher LoGrasso

We, Salvatore LoGrasso, adoptive father of Christopher LoGrasso, and Carole LoGrasso, step mother since April, 2001 were extremely shocked when the FBI came to the Wakefield house on 28 Richardson St in January of 2003. We were especially shocked about the type of charge.

We would like to tell you about the Christopher we know and care very much about, so you may be more lenient in his sentencing. Christopher has many good points: he's sensitive to other people's feelings, he's polite, he's gentle, not a bully.

We realize that he also has his downfalls. With some of these we have noticed an improvement within the last year. He had responsibility issues: ie, paying his bills. He has started to pay his bills on time. He tended to have a hole in his pocket. Finacially, he is hand to mouth. But recently, he has started to plan ahead and save money.

Christopher has a new way of looking at life. He has a fiance. It would be a shame for one mistake to ruin what is just beginning.

Sincerely,

*Salvatore E LoGrasso*
*Carole LoGrasso*
Salvatore & Carole Lograsso

"F"

To Whom it may Concern

I have known Chris for about a year. We have been dating for about 10 months. Chris and I have a really good relationship. We are planning to get married by the summer of 2005. I have seen a a big change in Chris since I first met him. He is more caring and loving to my children and I. I don't think he was really into this cause he would do anything for my kids and I. He treat the kids like if they were his own. If he was to get something for this I would think you would concider probation with supervised vision with them, like I said before he has changed alot, I also think he has learned his lesson.

Elisa Minchett

June 3, 2004
15 Princeton Rd.
Malden, MA 02148
Tel: 781-324-2522

Chris LoGrasso lived with my wife Norma and I and two other foster children. He was placed with me by the local Malden DSS from 1-31-94 to 5-20-94.

At that time he was going to school at the Wakefield Dearborn Academy. After he went there he went to the Wakefield Vocational High School. Chris did very well considering his situation at home and his outlook on life. At the Voc school he did very well in the electronics program.

We had weekly meetings at the schools, my house and also at Chris's house with his father Sal. Some of the weekly meetings at Chris's house were through a program elected by the Malden DSS called Parenting Partners located in Lynn. Through this program my wife and I not only met with Chris and his father but with other DSS clients before and after they were placed. This program was to keep children from going into DSS. Or to keep them home with there parents after DSS.

Chris got along with all of us like any young teen. He would respect Norma and I like his parents. And the other teen boys like his brothers. Chris and I got along very well. I think Chris was like myself, very logical and technically minded. So much so that he caught onto my technique of putting computer systems together for my company and fixing them when they would not work. By helping me he soon to do more then just build and fix them. I think he caught on very quickly because of his superior memory and logic. He did this so well. He went on further to start his own company selling computer networking systems to local companies. To this day they still rely upon them when they need upgrades or computer repair. He learns very quickly and always helps without question. Even if he does not get paid for it.

Chris has a very big heart and would give you the shirt off his back. I think he lets too many people take advantage of him. He has been known to fix other people's cars without being paid for parts or time.

The time Chris told me about the child porn being uploaded to his computer. And how he was caught by the FBI before he could erase them. They were downloaded by others. I could not believe this happen so quick. I don't think Chris new this would happen in advance. Of course myself I am against the whole porn scene. When I was a teen I took signatures to band the sale of porn magazines.

In my opinion I know Chris needs to be punished for his actions by paying a fine and having to meet with a PO. Also in my opinion I think if Chris did time he would not survive the other inmates. Not to mention hitching up with the wrong crowd. He has a lot to loose. That is his company, and the lovely girl he met with two young children that he has taken into his house. We are all very proud of him and would like him to pull himself out of this mess. And continue in society with what we all strive for. Freedom and the American way of having a family and his own company.

Douglas K. Webber

*[signature]*

# PRECISION HONING CORP.

June 3, 2004

To whom it may concern;

My name is Stephen Muse. I have been a business owner in Wakefield for 30 years.

I have lived next door to Christopher LoGrasso for the past three years. I have known him to be an honest and reliable man.

As the father of 4 and grandfather of 5, I understand the severity of the charges against him. I sincerely believe Christopher had no intention of being involved with or any part of what he has been charged with.

I do not feel he is any sort of threat to anyone, and that any incarceration would cause more harm than good.

Your decision will effect the rest of his life, and hope you can understand this was something that Christopher had no intention of happening or being involved in.

Thank you;
Stephen L. Muse