UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>CHRISTOPHER LOGRASSO )<br>) | CRIMINAL ACTION<br>NO. 04CR-10058-MEL |

I, Steven J. Rappaport, hereby certify that I have served copies of the following:

1. Defendant's Motion For Imposition Of Sentence Below The Applicable Guideline;

2. Defendant's Memorandum In Support Of Defendant's Motion For Imposition Of Sentence Below The Applicable Guideline (with Exhibits A-H, included); and

3. Defendant's Memorandum in Support of Objections

by hand upon:

Timothy Q. Feeley
Assistant U.S Attorney
One Courthouse Way
Suite 9200
Boston, MA  02210

and

Stephanie K. Henshaw
U.S. Probation Officer Assistant
U.S. District Court
Probation Office
One Courthouse Way
Boston, MA  02210

this 15th day of June, 2004.

Steven J. Rappaport