UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUL -2 P 1: 13

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL ACTION DISTRICT COURT |
| ) | NO. 04-10058-MEL DISTRICT OF MASS. |
| CHRISTOPHER LOGRASSO ) | |
| ) | |

## NOTICE OF APPEAL

Notice is hereby given that the defendant in the above-captioned case hereby appeals to the United States Court of Appeals for the First Circuit from the sentence imposed on the defendant, Christopher LoGrasso, by the District Court (Lasker, J.) on June 23, 2004, from the denial of the defendant's Motion for Imposition of Sentence Below the Applicable Guidelines and from the Judgment in a Criminal Case, entered on the docket on June 24, 2004.

Respectfully submitted,

CHRISTOPHER LOGRASSO
By his attorney:

Steven J. Rappaport
Rappaport & Delaney
228 Central Street
Lowell, MA 01852
(978) 454-8103
BBO# 412300

## CERTIFICATE OF SERVICE

I, Steven J. Rappaport, hereby certify that I have served a copy of the defendant's Notice of Appeal upon the United States of America by first class mail, postage prepaid upon:

> Timothy Q. Feeley
> Assistant United States Attorney
> One Courthouse Way
> Suite 9200
> Boston, MA  02110

this 1st day of July, 2004.

Steven J. Rappaport