UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUL -2 P 1: 07

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v. )<br><br>CHRISTOPHER LOGRASSO ) | CRIMINAL ACTION<br>NO. 04-10058-MEL |

DEFENDANT'S MOTION TO STAY SENTENCE

Pursuant to 18 U.S.C. 3143(b) and Rule 38(b)(1), the defendant

requests that this Court stay his sentence pending appeal.

Respectfully submitted,

CHRISTOPHER LOGRASSO
By his attorney:

Steven J. Rappaport
Rappaport & Delaney
228 Central Street
Lowell, MA  01852
(978) 454-8103
BBO# 412300