## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:  04-1910

USDC Docket Number : *04-10058*

United States of America

v.

Christopher Lograsso

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered 22 are original pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on July 13, 2004.

Tony Anastas, Clerk of Court

By: *Jeanette Ramos*

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: __7-13-4__ .

_____
Deputy Clerk, US Court of Appeals

[cv: supplapprec.] [cr: ksupplapprec.]