UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| vs. ) | NO.  03-M-00113-LPC |
| ) | |
| ) | |
| CHRISTOPHER LOGRASSO       ) | |

DEFENDANT CHRISTOPHER LOGRASSO'S MOTION FOR
MODIFICATION OF CONDITIONS OF RELEASE

Now comes the defendant and requests a modification of the Order Setting Conditions of Release.  The conditions of release, require the defendant, among other conditions, to maintain his current residence.  Until recently the defendant's residence was 28 Richardson Street, Wakefield, Massachusetts.  This property located in Wakefield was a home owned by the defendant's father.  However, the defendant's father has since sold said property.  As a result, the defendant has been required to relocate.  The defendant has found alternative housing.  The defendant's new address is 16 Hill Street, Somerville, Massachusetts.  The defendant requests that the provision which states "maintain current residence" be modified to reflect his new residence of 16 Hill Street, Somerville, Massachusetts.

The defendant agrees to abide by all other conditions of release, which this Court determines to be appropriate under the circumstances.

Wherefore, the defendant respectfully requests this Honorable

Court to grant him this modification of his conditions of release.

        Respectfully submitted,

        CHRISTOPHER LOGRASSO

        By his attorney

        _____
        Steven J. Rappaport
        Rappaport & Delaney
        228 Central Street
        Lowell, MA 01852
        (978) 454-8103
        B.B.O.#412300

DATED: July 15, 2005