# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 04-1910

UNITED STATES,

Appellee,

v.

CHRISTOPHER LOGRASSO,

Defendant, Appellant.

Before

Boudin, <u>Chief Judge</u>,
Torruella and Howard, <u>Circuit Judges</u>.

JUDGMENT

Entered: September 7, 2005

    Defendant Christopher LoGrasso appeals his sentence stemming from his possession and distribution of child pornography conviction. Defendant was sentenced in June 2004, prior to the Supreme Court's decision in <u>United States v. Booker</u>, 125 S. Ct. 738 (2005). Though defendant raised claims pursuant to <u>Blakely v. Washington</u>, 124 S. Ct. 2531 (2004) in his original appellate brief, upon invitation by this Court he supplemented his brief after <u>Booker</u>.

    The government correctly concedes that a remand for re-sentencing is appropriate under <u>Booker</u> and the plain error standard set forth in <u>United States v. Antonakopoulos</u>, 399 F.3d 68, 79-80 (1st Cir. 2004) because, based primarily on numerous comments made by the district court during sentencing regarding the constraints of the mandatory guidelines, there is clearly a "reasonable probability" that the defendant would have received a more lenient

sentence under advisory guidelines. For instance, the district court stated, "I've been a judge now for 36 years. For the first 20 years that I was a judge, judges had complete discretion to do exactly what they believed was right...if that system were still in effect, I would give serious consideration to your attorney's proposal that you be put on probation." June 23, 2004 Sentencing Transcript, p.45.

The government requests, however, that we first decide whether the district court correctly denied defendant a downward departure before the case is remanded. We decline to decide this issue prior to remanding the case.

<u>Defendant's sentence is vacated and the case is remanded for re-sentencing</u>.

By the Court:

Richard Cushing Donovan, Clerk.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*[signature]*

Deputy Clerk

Date: SEP 2 8 2005

By: _____MARGARET CARTER_____
         Chief Deputy Clerk.

Certified Copy to Hon. Morris Lasker; Sarah Thornton, Clerk USDC

cc:  Messrs. Lograsso, Feeley, Rappaport & Ms. Chaitowitz