1             THE COURT:  Well, Mr. Lograsso, it's tough on us

2    all, it's tough for me.  I represent the people of the United

3    States that passed laws outlawing certain behavior.  I've been

4    on the bench a long time, and I've developed a reputation, I

5    think, for flexibility with regard to these matters, but I

6    can't spit in the face of Congress and say that the subject is

7    unimportant.

8             I've given a lot of thought to your case.  I'm

9    happy for you and for me that the Court of Appeals noticed what

10   I said at the original sentencing and gave me another chance to

11   review the situation.  I can't, however, do everything you

12   want.

13            I'm going to review the situation and explain what

14   my reasons are for imposing the sentence that I am.

15            You are here on the admitted possession,

16   distribution by computer of child pornography on a fairly

17   substantial basis.  In your favor is the acceptance of

18   responsibility, the fact that you have no criminal record other

19   than juvenile problems, the fact that you had a troubled life

20   when you were young, which undoubtedly affected your behavior.

21   I'm aware of your mother's death.  Your relations with your

22   father were difficult, even though I'm glad to hear they've

23   improved since then.

24            In recent times you put your life in order, having

25   become engaged to be married and to be the stepfather of your

PDF created with pdfFactory trial version www.pdffactory.com

1    fiance´'s children, all of whom are now living together with

2    you, as I understand.

3            Moreover, you've attended mental health sessions,

4    or at least had the last time I knew about it, at Massachusetts

5    General Hospital in an effort to understand your own behavior

6    and improve it.

7            And as pointed out, by Mr. Rappaport, it's been 33

8    months since you were arrested and there is no indication of

9    any misbehavior on your part since then.

10            Now, we all know what the guidelines are, we've had

11    a lot of discussion about them, and I believe they've been

12    properly calculated to produce a range of 47 to -- 46, rather,

13    to 57 months.

14            I want to say that because the Congress of the

15    United States has frequently indicated by the passage of

16    legislation and otherwise its deep concern as to the socially

17    harmful effects of distribution of child pornography, I must

18    respect its decision that the subject requires serious

19    attention.

20            In this case, your distribution of forbidden

21    material was substantial.  At the same time, it is the

22    appropriate objective of the Court to impose a sentence which,

23    while recognizing the significance of the offense as regarded

24    by Congress and the need for general deterrence of others,

25    nevertheless permits the defendant, you, to pay your debt to

PDF created with pdfFactory trial version www.pdffactory.com

1    society and then rebuild your life.

2           Accordingly, I impose the following sentence, which

3    I believe is sufficient, but not excessive under section

4    3553(a) of the statute.

5           Pursuant to the Sentencing Reform Act of 1984, it's

6    the judgment of the Court that the defendant, Christopher

7    Lograsso, is hereby committed to the custody of the Bureau of

8    Prisons to be imprisoned for a term of 18 months.  This term

9    consists of a term of 18 months on count one and 18 months on

10   count two to be served concurrently.

11          The Court makes a judicial recommendation that the

12   defendant participate in mental health treatment, if available,

13   at the designated Bureau of Prisons facility.

14          Upon release from imprisonment, the defendant shall

15   be put on supervised release for a term of two years.

16          Within 72 hours of release from custody of the

17   Bureau of Prisons, the defendant shall report in person to the

18   district to which you are released.

19          While on supervised release, you shall not commit

20   another federal, state or local offense, of course.

21          You shall refrain from any unlawful use of a

22   controlled substance.

23          You shall submit to one drug test within 15 days of

24   release and at least two periodic drug tests thereafter, not to

25   exceed 104 tests per year as directed by the probation office.

PDF created with pdfFactory trial version www.pdffactory.com

1          In addition, you shall comply with the following

2     standard conditions:  First, you are prohibited from possessing

3     a firearm or other dangerous weapon.

4          Second, you are to participate in the sex offender

5     specific treatment program which may include sex offender

6     specific testing at the direction of the probation office.

7          You shall be required to contribute to the cost of

8     services of such treatment based on the ability to pay or

9     availability of third-party payment.

10         You shall be required to submit to periodic

11    polygraphic tests as a means to ensure that you're in

12    compliance with the requirements of your therapeutic program.

13    No violation proceeding will arise based solely on the

14    defendant's failure to pass a polygraph.  Such an event could,

15    however, generate a separate investigation.  When submitting to

16    a polygraphic exam, you do not waive your Fifth Amendment

17    rights and your exercise of Fifth Amendment rights will not

18    give rise to violation proceedings.  You shall be required to

19    contribute to the cost of testing based on the ability to pay.

20         You are prohibited from engaging in an occupation

21    of business or profession that will require or enable you to

22    have direct or indirect supervision of children under the age

23    of 18, and you are not to have unsupervised contact with anyone

24    under the age of 18.

25         You are prohibited from possessing a computer or

PDF created with pdfFactory trial version www.pdffactory.com

1    related materials except as deemed necessary for work purposes.

2              You are required to cooperate in the collection of

3    a DNA sample as directed by the probation officer pursuant to

4    18 USC 3563(a) and 3583(d).

5              You are a person described in 18 United States Code

6    section 4042(c)(4), thus pursuant to 18 USC 3583(d) you must

7    report your address where you will reside and any subsequent

8    change of residence to the probation officer responsible for

9    your supervision, and you shall register in any state where you

10   reside or are employed or carry on an occupation or are a

11   student under such terms as defined under section 170101(a)(3)

12   of the Violent Crime Control and Law Enforcement Act of 1994.

13             It is further ordered you shall pay the United

14   States a special assessment of $200, which shall be due

15   immediately.

16             It is further ordered that you may self-surrender

17   at the institution designated by the Bureau of Prisons four

18   weeks from the date today.

19             You have the right to appeal this sentence and any

20   of the proceedings in this case which you believe have been

21   either constitutionally or statutorily illegal or illegal in

22   any way.  And I'm sure Mr. Rappaport will advise you in that

23   regard.

24             I am sorry I had to read at such length and in such

25   a formal way.  It doesn't illustrate my personal feelings of

PDF created with pdfFactory trial version www.pdffactory.com

1    concern that I felt I must impose a prison sentence; however,

2    it's about as short as anybody could reasonably expect, and

3    Congress may or may not agree with me that it's an appropriate

4    sentence in the circumstances.  Conscientiously, from my point

5    of view, it is.

6              You will receive good time for good behavior, which

7    will knock a couple of months if you behave, and you will be

8    back fairly soon with your family.

9              I see that your family and friends are here today.

10   I ask them to give you as much moral and other types of support

11   as they can and you put all of this behind you and you can have

12   a good future life.

13             Thank you.

14             THE CLERK:  You'll report to the prison of what the

15   marshal will tell him downstairs on November 7th at 12:00.

16             Court is now in recess.

17             (Court adjourned at 12:12 p.m.)

18

19

20

21

22

23

24

25

PDF created with pdfFactory trial version www.pdffactory.com