Prob12B
(7/93)

# United States District Court
## for the District of Massachusetts

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Christopher Lograsso                    Case Number: 04-10058

Name of Sentencing Judicial Officer: Honorable Morris Lasker, Senior U.S. District Judge

Date of Original Sentence: 6/23/04
Date of Re-sentencing: 10/6/05

Original Offense: Distribution of Child Pornograpy, in violation of 18 U.S.C. § 2252(a)(2) ; and Possession of Child Pornography, in violation of 18 U.S.C. § 2252(a)(4)(B)

Original Sentence: 46 months' custody, 2 years' supervised release
Re-Sentence: 18 months' custody, 2 years' supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: 2/23/07

---

## PETITIONING THE COURT

[ ]   To extend the term of supervision for years, for a total term of years
[X]   To modify the conditions of supervision as follows:

1. The defendant shall consent to the installation of computer monitoring software on the sole personal computer to which the defendant has access. Installation shall be performed by the probation office. The computer used by the defendant shall be approved by the probation officer as the defendant's sole personal computer and the defendant shall not be permitted to use any other computer for personal use.

2. The defendant shall not use any type of encryption or cryptography.

3. The defendant shall be required to log on to authorized computer systems using the defendant's assigned user name only.

4. The defendant shall be required to assume financial cost of the software installation and the monthly monitoring fee.

## CAUSE

On 5/29/07, the Probation Office received notice that Mr. Lograsso had failed his historical polygraph examination. In addition, Mr. Lograsso had failed to complete the required pre-testing paperwork prior to his appointment.

On 6/28/07, the writer met with Mr. Lograsso and his treatment provider to discuss his failed test. During this

Prob 12B

-2-

Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

time, it was learned that Mr. Lograsso had changed employment to Witch City Computers in Salem, MA. Mr. Lograsso had not informed the writer of his change in employment. The employment involves his repairing and servicing computers. The Probation Office has verified that his employer is aware of his criminal history. As a result of the above and Mr. Lograsso's request to use the computer outside of work purposes, Mr. Lograsso had agreed to sign the above modification, with the understanding that his personal computer use will be limited to one computer which will have the monitoring software. As mentioned above, Mr. Lograsso is working in the computer field. His current conditions of supervision limit his computer use to "as deemed necessary" for work purposes. If the Court has any additional questions or concerns regarding Mr. Lograsso's use of computers, please notify the Probation Office.

Your Honor will find Probation Form 49 executed by Mr. Lograsso agreeing to the amendment to his conditions of Supervised Release. If Your Honor concurs with our position, please affix your signature below.

Reviewed/Approved by:

_____
Joseph LaFratta
Supervising U.S. Probation Officer

By

Respectfully submitted,

_____
Lisa Dube
U.S. Probation Officer
Date: 8/20/07

**THE COURT ORDERS**
[ ] No Action
[ ] The Extension of Supervision as Noted Above
[ ] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

_____
Date

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

## UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF MASSACHUSETTS

I, Christopher Lograsso, the Defendant named herein, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modifications of my Conditions of Supervised Release or to the proposed extension of my term of supervision:

1. The defendant shall consent to the installation of computer monitoring software on the sole personal computer to which the defendant has access. Installation shall be performed by the probation office. The computer used by the defendant shall be approved by the probation officer as the defendant's sole personal computer and the defendant shall not be permitted to use any other computer for personal use.

2. The defendant shall not use any type of encryption or cryptography.

3. The defendant shall be required to log on to authorized computer systems using the defendant's assigned user name only.

4. The defendant shall be required to assume financial cost of the software installation and the monthly monitoring fee.

Witness: _____   Signed: _____
U. S. Probation Officer                Christopher Lograsso, Defendant

8/14/07
DATE